

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00024-CV

Jeffrey M. Templeton, Director and Shareholder

v.

RKR Investments Inc., A Nevada Corp.; RKR Operations, Inc., a Texas Corp.; RKR Technologies, LTD., a Texas Limited Partnership; and Bob Reece, as Trustee of the Bobby Neale Reece Revocable Trust

§ From the 48th District Court

§ of Tarrant County (048-290383-17)

§ May 24, 2018

§ Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Jeffrey M. Templeton shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
   Justice Sue Walker